IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADAM BUSH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cv-673-ECM |
| | ) | [WO] |
| ESTELLA DERICO, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Now pending before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge on the Defendant's motion to dismiss. (Doc. 87). The Magistrate Judge recommends granting the motion. (*Id.* at 1, 8). No party filed objections to the R&R, and the time to do so has passed. (*See id.* at 8).

Though "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects," *Thomas v. Arn*, 474 U.S. 140, 150 (1985), the Court still must conduct a "careful and complete" review of every R&R, *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam), "satisfy[ing] itself that there is no clear error on the face of the record in order to accept the recommendation," FED. R. CIV. P. 72(b) advisory committee's note to 1983 amendment; *see Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006) (collecting cases).

The Court has thoroughly reviewed the record and the R&R; there is no error, much less clear error. In fact, the Court notes that the determinations of the Magistrate Judge are

further corroborated by the undersigned's independent observations of the continually defiant and dilatory conduct of the Plaintiffs. (*See, e.g.*, docs. 82, 84).  Accordingly, and for good cause, it is ORDERED as follows:

1.    The R&R of the Magistrate Judge, (doc. 87), is ADOPTED.

2.    The Defendant's motion to dismiss, (doc. 79), is GRANTED.

3.    This case is DISMISSED with prejudice.

4.    All pending motions are DENIED as moot, and all pending hearings and deadlines are terminated.

5.    The Clerk of the Court is DIRECTED to close this case.

DONE this 30th day of June, 2026.

　　　　　　　/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE

2